**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIDEA SANDERS, an individual,<br><br>                        Plaintiff,<br>        v.<br><br>FACEBOOK, INC.,<br><br>                        Defendant. | Case No.: 11-CV-6645-LHK<br><br><br><br><br><br>ORDER REFERRING MATTER FOR<br>RELATED CASE DETERMINATION |

Pursuant to Civil Local Rule 3-12(c), the above captioned matter is hereby referred to the Honorable Edward J. Davila for a determination as to whether it is related to: *Knox v. Facebook, Inc.*, 11-CV-05699-EJD, *Gayfield v. Facebook, Inc.*, 11-CV-05700-EJD, *Guyton v. Facebook, Inc.*, 11-CV-05701-EJD, *Wood v. Facebook, Inc.*, 11-CV-05763-EJD, *Valentine v. Facebook, Inc.*, 11-CV-05764-EJD, and/or *McClinton v. Facebook, Inc.*, 11-CV-06367-EJD.

**IT IS SO ORDERED.**

January 11, 2012

_____
LUCY H. KOH
United States District Judge

1

Case Nos.: 11-CV-6645-LHK
ORDER REFERRING MATTER FOR RELATED CASE DETERMINATION