IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SIDEA SANDERS,

           Plaintiff(s),

  v.

FACEBOOK, INC.,

           Defendant(s).

CASE NO. 5:11-cv-06645 EJD

**ORDER TO SHOW CAUSE**

    Plaintiff Sidea Sanders ("Plaintiff") filed the Complaint underlying this action on December 23, 2012. See Docket Item No. 1. On February 28, 2012, the court scheduled a Case Management Conference for March 30, 2012, at 1:30 p.m., and ordered the parties to file a Joint Case Management Statement no later than March 23, 2012. See Docket Item No. 17. Despite being notified of these dates by mail, Plaintiff failed to file a statement and failed to appear at the conference.

    Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute. If Plaintiff does not, **by April 27, 2012**, demonstrate good cause in writing why this case should not be dismissed, the Court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the Court.

**IT IS SO ORDERED.**

Dated: April 3, 2012

EDWARD J. DAVILA
United States District Judge

CASE NO. 5:11-cv-06645 EJD
ORDER TO SHOW CAUSE

1